**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-01037/0063032577

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jose G. Lias and Juanita J. Lias<br>    Debtors.<br>_____<br>WFDS 708<br><br>    Movant,<br>    vs.<br><br>Jose G. Lias and Juanita J. Lias, Debtors; Russell A. Brown, Trustee.<br><br>    Respondents. | No. 2:09-bk-00201-GBN<br><br>Chapter 13<br><br>O R D E R<br><br>(Relating to docket # 23) |

IT IS HEREBY ORDERED that Movant's Motion for Relief from the Automatic Stay is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.

SIGNED this _____ day of _____, 2009.

_____
JUDGE OF U.S. BANKRUPTCY COURT