**ORDERED ACCORDINGLY.**

**TIFFANY & BOSCO** P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

**Dated: February 02, 2010**



_____
**GEORGE B. NIELSEN, JR
U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-01037/0063032577

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jose G. Lias and Juanita J. Lias<br>    Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br><br>    Movant,<br>  vs.<br><br>Jose G. Lias and Juanita J. Lias, Debtors; Russell A. Brown, Trustee.<br><br>    Respondents. | No. 2:09-bk-00201-GBN<br><br>Chapter 13<br><br>O R D E R<br><br><br>(Relating to docket #34) |

IT IS HEREBY ORDERED that Movant's Motion for Relief from the Automatic Stay is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.